UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KEVIN DALE CARSON,

                Petitioner,

v.

JASON BENNETT,

                Respondent.

Case No. C24-5591-DGE-MLP

ORDER GRANTING LEAVE TO PROCEED *IN FORMA PAUPERIS*

      Petitioner's application to proceed with this federal habeas action *in forma pauperis* (dkt. # 1) is GRANTED. The Clerk is directed to file Petitioner's petition for writ of habeas corpus without the prepayment of fees. The Clerk is further directed to send a copy of this Order to Petitioner.

      DATED this 15th day of August, 2024.

                                            MICHELLE L. PETERSON
                                            United States Magistrate Judge

ORDER GRANTING LEAVE TO
PROCEED *IN FORMA PAUPERIS* - 1