UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KEVIN DALE CARSON,

          Petitioner,

   v.

JASON BENNETT,

          Respondent.

Case No. C24-5591-DGE-MLP

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Michelle L. Peterson, United States Magistrate Judge:

This is a federal habeas action proceeding under 28 U.S.C. § 2254. On August 15, 2024, this Court issued an Order directing Petitioner to show cause why this action should not be dismissed. (Dkt. # 6.) The Court observed therein that Petitioner had not exhausted his claim for federal habeas relief and that it appeared his petition was time-barred. (*See id.*) The same day, the Court received from Petitioner a series of motions, including motions requesting that Respondent be directed to produce the record necessary to adjudicate this matter, that Petitioner be permitted to conduct discovery, that Respondent be directed to file an answer to Petitioner's

MINUTE ORDER - 1

petition, and that the Clark County Clerk be directed to produce copies of the Clerk's file in Petitioner's underlying criminal case. (Dkt. ## 7-8, 11-12.)

Petitioner's requests for relief are premature as he has yet to demonstrate that his federal habeas petition is eligible for review. Accordingly, Petitioner's pending motions (dkt. ## 7-8, 11-12) are STRICKEN pending a response from Petitioner to the Court's Order to Show Cause.

The Clerk is directed to send a copy of this Minute Order to Petitioner together with a copy of the Court's Order to Show Cause (dkt. # 6).

DATED this 27th day of August, 2024.

                                                Ravi Subramanian
                                                Clerk of Court

                                              By: Tim Farrell
                                                  Deputy Clerk

MINUTE ORDER - 2